⸺AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

Edwin Veras

V.

City of New Rochelle, Araz Alali, John and Jane Does 1 through 10

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 11172

Judge Brieant

TO: (Name and address of Defendant)

Police Officer Araz Alali
c/o New Rochelle Police Department
475 North Avenue
New Rochelle, NY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _(signature) Marcos Quintero_

DATE  DEC 1 1 2007

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE December 20, 2007 at 12:24pm |
| NAME OF SERVER (PRINT) Jeff Campolo | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 475 North Avenue Records Dept. New Rochelle, NY

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon F. Simmons, co-worker of the defendant. F, Blk, Blk, 44, 5'6, 175 glasses

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/20/07
             Date

Signature of Server  Jeff Campolo

5 Darian Ct. Pomona, NY 10970
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.