# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, New York 10604-3407   Tel: (914) 323-7000   Fax: (914) 323-7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

**MEMO ENDORSED**

**Peter A. Meisels, Partner**
Peter.Meisels@wilsonelser.com

December 27, 2007

Judge Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007

Re:   Edwin Veras v. City of New Rochelle
      Index No.: 07 CIV 11172
      Our File No.: 07367.00071

> Please write to J. Brieant to see if it's OK with him + advise me. (It's OK with me).
>
> SO ORDERED:
> Date: 1/2/08
> Richard M. Berman, U.S.D.J.

Dear Judge Berman:

We represent the defendants City of New Rochelle and the City of New Rochelle Police Department in this federal civil rights action.

In this action, plaintiff claims that he was subjected to false arrest, false imprisonment and excessive force by a New Rochelle police officer on September 12, 2006 in New Rochelle, County of Westchester, New York.  Since this claim arose wholly in the Northern Counties and the defendant City of New Rochelle is located in the Northern Counties, we request that this matter be assigned to the White Plains division of the Court, pursuant to Rule 21 of the Rules for the Division of Business among District Judges.  We also note that there are three related cases pending before Judge Charles Brieant in White Plains (<u>Alali v. Gazzola</u>, 07-1296, <u>Alali v. De Bara</u>, 07-2916 and <u>Alali v. City of New Rochelle</u>, 07-9912 ).

Respectfully yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Peter A. Meisels

PAM:cd
cc:   Leventhal & Klein, LLP



RECEIVED
JAN 02 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

1846372.1