# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, New York 10604-3407   Tel: (914) 323-7000   Fax: (914) 323-7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

**Peter A. Meisels, Partner**
Peter.Meisels@wilsonelser.com

January 2, 2008

**MEMO ENDORSED**

Judge Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/08

Re:   Edwin Veras v. City of New Rochelle
      Index No.: 07 CIV 11172
      Our File No.: 07367.00071

Dear Judge Berman:

We represent the City of New Rochelle (the "City") in this federal civil rights action. With the consent of plaintiff's counsel, we request an additional two (2) weeks, to January 23, 2008, for the defendants to answer the complaint. The City has determined to provide separate counsel for defendant Araz Alali and is in the process of making the appropriate arrangements.

Respectfully yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*/s/ Peter A. Meisels*

Peter A. Meisels

PAM:tlb
cc:   Brett H. Klein, Esq.
      Leventhal & Klein, LLP
      45 Main Street, Suite 230
      Brooklyn, New York 11201

The Matter has been transferred to J. Brieant in White Plains.

SO ORDERED:
Date: 1/4/08

*/s/ Richard M. Berman*
Richard M. Berman, U.S.D.J.



RECEIVED
JAN 04 2008
CHAMBERS OF
RICHARD M. BERMAN
USDJ

1849289.1