# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407

Tel: 914.323.7000    Fax: 914.323.7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

—

www.wilsonelser.com

**Peter A. Meisels, Partner**
Peter.Meisels@wilsonelser.com

January 10, 2008

**Via Facsimile and Regular Mail**
(914) 390-4085

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:    Edwin Veras v. City of New Rochelle, Araz Alali, John & Jane Does 1 through 10
        Index No.: 07 Civ. 11172
        Our File No.: 07367.00071

Dear Judge Brieant:

We represent the City of New Rochelle (the "City") in this federal civil rights action.
With the consent of plaintiff's counsel, we request an additional two (2) weeks, to
January 23, 2008, for the defendants to answer the complaint. The City has
determined to provide separate counsel for defendant Araz Alali and is in the process
of making the appropriate arrangements.

Our initial request for the adjournment was filed with Judge Berman who suggested
that we write to you because he determined to transfer the case.

Respectfully yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Peter A. Meisels

PAM:kt
cc:    Brett H. Klein, Esq.
        Leventhal & Klein, LLP
        45 Main Street, Suite 230
        Brooklyn, New York 11201

1857508.1