# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407
Tel: 914.323.7000  Fax: 914.323.7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

Peter A. Meisels, Partner
Peter.Meisels@wilsonelser.com

January 10, 2008

**MEMO ENDORSED**

**Via Facsimile and Regular Mail**
(914) 390-4085

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:  Edwin Veras v. City of New Rochelle, Araz Alali, John & Jane Does 1 through 10
Index No.: 07 Civ. 11172
Our File No.: 07367.00071

Dear Judge Brieant:

We represent the City of New Rochelle (the "City") in this federal civil rights action. With the consent of plaintiff's counsel, we request an additional two (2) weeks, to January 23, 2008, for the defendants to answer the complaint. The City has determined to provide separate counsel for defendant Araz Alali and is in the process of making the appropriate arrangements.

Our initial request for the adjournment was filed with Judge Berman who suggested that we write to you because he determined to transfer the case.

Respectfully yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Peter A. Meisels

PAM:kt
cc:  Brett H. Klein, Esq.
     Leventhal & Klein, LLP
     45 Main Street, Suite 230
     Brooklyn, New York 11201

*[Handwritten on left margin: Application Granted  So Ordered  Charles Brieant USDJ  January 11, 2008]*

1857508.1