UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

EDWIN VERAS,

                         Plaintiff,                     07 Civ. 11172 (CLB)

    -against-

CITY OF NEW ROCHELLE, ARAZ            AFFIRMATION IN RESPONSE
ALALI, JOHN AND JANE DOES              TO MOTION TO BE RELIEVED
1 THROUGH 10,                                       AS MADE BY SILVERBERG,
                                                      ZALANTIS LLP
                     Defendants.

------------------------------------------------------x

    JONATHAN LOVETT, an attorney duly admitted to practice before this Court and the courts of the State of New York, hereby affirms under penalty of perjury that the following statement is true:

    1. I am counsel to Defendant Araz Alali and submit this affirmation in connection with the motion made by Silverberg Zalantis LLP to be relieved as attorneys of record for my client.

    2. In Exhibit A to the instant motion Corporation Counsel for the City of New Rochelle advised my client that by reason of a conflict of interest between him and "the other defendants" the City had unilaterally selected Silverberg Zalantis LLP to serve as his defense counsel.

    3. Based on that letter and a conversation I had with Corporation Counsel I concluded that, in light of the determination as to a conflict, Araz Alali had a legal right to select defense counsel of his own choosing - - with the City obligated to pay his counsel fees.

4. Under the circumstances I timely filed an answer for my client and am fully prepared to defend his interests.

WHEREFORE the motion should be granted and Silverberg Zalantis LLP should be relieved as counsel.

Dated: White Plains, N.Y.
April 9, 2008

_____
Jonathan Lovett (4854)