WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for the Defendants
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
Attn: Peter A. Meisels (PM-5018)
Lalit K. Loomba (LL-9755)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

EDWIN VERAS,

                    Plaintiff,

                    Index No.:
                    07 CV 11172(CLB)

-against-

CITY OF NEW ROCHELLE, CITY OF NEW ROCHELLE
POLICE DEPARTMENT, ARAZ ALALI, and JOHN
and JANE DOE 1 through 10, individually and in their
capacities, (the names John and Jane Doe being fictitious,
as the true names are presently unknown),

                    Defendants.
------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the Defendants City of New Rochelle (s/h/a "The City of New Rochelle" and "City of New Rochelle Police Department") (collectively, the "Defendants") appear herein by their counsel, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, demand that all notices given or required to be given in this case, and all papers served or required to be served in this case be given and served upon the undersigned at the following office address and telephone number:

        Wilson, Elser, Moskowitz, Edelman & Dicker LLP
        3 Gannett Drive
        White Plains, NY 10604
        Attn: Peter A. Meisels, Esq.
              Lalit K. Loomba, Esq.
        Tel: (914) 323-7000

1951848.1

Fax: (914) 323-7001
E-mail: peter.meisels@wilsonelser.com and lalit.loomba@wilsonelser.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, e-mail or otherwise.

Dated: White Plains, New York
April 10, 2008

                                                WILSON, ELSER, MOSKOWITZ
                                                EDELMAN & DICKER LLP
                                                Attorneys for the City Defendants

By: _____
        Peter A. Meisels (PM 5018)

        3 Gannett Drive
        White Plains, NY 10604
        Tel: (914) 323-7000
        Fax: (914) 323-7001

TO:    BRETT HARRIS KLEIN, ESQ.
        Leventhal & Klein, LLP
        45 Main Street, Suite 230
        Brooklyn, NY 11201
        (718) 722-4100

        KATHERINE ZALANTIS, ESQ.
        Silverberg & Zalantis, LLP
        3 Barker Avenue, Suite 180
        White Plains, NY 10601
        (914) 682-0707

        JONATHAN LOVETT, ESQ.
        Lovett & Gould, LLP
        222 Bloomingdale Road
        White Plains, New York 10605
        (914) 428-8401

1951848.1