SILVERBERG ZALANTIS LLP
Katherine Zalantis, Esq.
Steven M. Silverberg, Esq.
3 Barker Avenue, Suite 180
White Plains, New York 10601
Telephone: (914) 682-0707
Facsimile: (914) 682-0708

*Attorneys for defendant Araz Alali*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
EDWIN VERAS,                                    :   Case No. 07-CV-11172 (CLB)
                                                :
                        Plaintiff,              :   **REPLY**
                                                :   **AFFIDAVIT**
        -against-                               :   **PURSUANT TO**
                                                :   **LOCAL RULE 1.4**
CITY OF NEW ROCHELLE, ARAZ ALALI, JOHN           :
and JANE DOES 1 through 10,                     :
                                                :
                        Defendants.             :
-------------------------------------------------------------------- X

STATE OF NEW YORK       )
                        )ss
COUNTY OF WESTCHESTER   )

  KATHERINE ZALANTIS, being duly sworn, deposes and says:

  1.  I am an attorney admitted to practice law before the Courts of the State of New York and the United States District Court for the Southern District of New York and I am a member of the firm of Silverberg Zalantis LLP.

  2.  I submit this reply affidavit in further support of Silverberg Zalantis LLP's application for an order to be relieved as counsel for the defendant Araz Alali in the above-entitled action pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York ("Rule 1.4") and for an order

1

that this Court stay further proceeding (including the time to depose Plaintiff and file an appropriate motion on the issue of a qualified immunity defense) until such time that there can be substitution of attorneys in the place and stead of Silverberg Zalantis LLP.

3. Mr. Lovett of Lovett & Gould, avers in his response to the instant motion that he also appeared on behalf of Police Officer Alali and filed an answer on behalf of Police Officer Alali on January 17, 2007. The City's counsel advised that it had not been served with said answer and only learned of the filing of said answer last week. In addition, your affirmant also learned of it after reading Mr. Lovett's affirmation.

4. According to the Court Clerk's office, there was an error in the electronic filing system. The answer filed by this firm and the City's counsel were served and filed on January 23, 2007 in Case No. 1:07-cv-11172 (attached as Exhibit "A" is the receipt of electronic filing and the e-mail from the Court evidencing the filing of this firm's answer). Apparently, another case number was subsequently opened (7:07-cv-11172), but the filings in the original case number were never transferred into the new case number. Accordingly, the Court Clerk's office advised that the file needs to be corrected so that the answers filed by this firm and the City's counsel are reflected on the docket.

5. But Mr. Lovett never advised in his February 1, 2007 letter to me that he filed an answer on behalf of Police Officer Alali (*see* Exhibit "C" to the original moving papers) and never responded to our February 8, 2008 letter to advise that he had filed an answer even though in that letter we specifically stated that we filed an answer on Police Officer Alali's behalf (*see* Exhibit "D" to the moving papers). Apparently, even Plaintiff had no knowledge of Mr. Lovett's involvement in this action as he directed his February

2

27, 2008 letter advising of the April 18, 2008 Court Conference to only me and to the City's counsel (*see* Exhibit "B" attached hereto).

6. It would have saved time and energy for all involved had the parties had knowledge of Mr. Lovett's involvement in this action before last week.

7. Nonetheless, Silverberg Zalantis LLP seeks to be relieved as counsel based upon the non-cooperation of Police Officer Alali and it is respectfully requested that this Court grant Silverberg Zalantis LLP's application and stay further proceedings (including the time to depose Plaintiff and file an appropriate motion on the issue of a qualified immunity defense) until such time that there can be substitution of attorneys in the place and stead of Silverberg Zalantis LLP.

WHEREFORE, it is respectfully requested that this Court grant the application of Silverberg Zalantis LLP in its entirety, together with such other and further relief as this Court deems just and equitable.

_____
Katherine Zalantis

Sworn to before me this 15th
day of April, 2008

_____
Notary Public

TERESA L. MALDONADO
Notary Public, State of New York
No. 01MA6056317
Qualified in Westchester County
Commission Expires 03/19/2011

3

## Answers to Complaints
1:07-cv-11172-CLB Veras v. The City of New Rochelle et al
ECF, RELATED

U.S. District Court

United States District Court for the Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Zalantis, Katherine on 1/23/2008 at 3:34 PM EST and filed on 1/23/2008
**Case Name:**          Veras v. The City of New Rochelle et al
**Case Number:**       1:07-cv-11172
**Filer:**                     Araz Alali
**Document Number:** 10

**Docket Text:**
**ANSWER to Complaint. Document filed by Araz Alali. (Attachments: # (1) Affidavit of Service)(Zalantis, Katherine)**

**1:07-cv-11172 Notice has been electronically mailed to:**

Peter Alexander Meisels     peter.meisels@wilsonelser.com

Katherine H. Zalantis     zalantis@szlawfirm.net

**1:07-cv-11172 Notice has been delivered by other means to:**

Brett H. Klein
Leventhal & Klein, L.L.P.
45 Main Street
Suite 820
Brooklyn, NY 11201

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/23/2008] [FileNumber=4202440-0
] [06fc85ad62954b5e08c7d0bfec13b97ab964cfeebe73a852e85f1beb0548a86b3de
f4537c6268d73689cba4477fbe7abb9f6274b6c817ae75599143862afed7f]]

**Document description:** Affidavit of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/23/2008] [FileNumber=4202440-1
] [799921412a79fd701a06548efbc7830d03d6ae15e7b90be6104bd74b8226731ced2
4fb7229ad2e53b1f8ef945e4ab3d71549acaaf169d613cc32d656634126d5]]

| Filters Used:<br>1 Tagged Record | Email Report<br>Form Format | Date Printed: 4/09/2008<br>Time Printed: 10:51AM<br>Printed By: KATHY |
|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | 1/23/2008 Time | 3:34PM | 3:34PM | Duration | 0.00 (hours) | Code | | |
| Subject | Notice of Filing of Answer: Activity in Case 1:07-cv-11172-CLB \ | | | | | Staff | Katherine H Zalantis | |
| Client | Araz Alali | | | MatterRef | Alali adv Veras | | MatterNo | Alali New Roc |
| From | NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov> | | | | | | | |
| To | deadmail@nysd.uscourts.gov | | | | | | | |
| CC To | | | | | | | | |
| BCC To | | | | | | | | |
| Reminders | | (days before) Follow | | Done | Notify | Hide | Trigger | Private Status |
| Custom1 | | | | | Custom3 | | | |
| Custom2 | | | | | Custom4 | | | |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

United States District Court for the Southern District of New York

Notice of Electronic Filing

The following transaction was entered by Zalantis, Katherine on 1/23/2008 at 3:34 PM EST and filed on 1/23/2008

Case Name:   Veras v. The City of New Rochelle et al
Case Number:  1:07-cv-11172 <https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?317875>
Filer:    Araz Alali
Document Number:  10
<https://ecf.nysd.uscourts.gov/doc1/12704363197?magic_num=15027047&de_seq_num=45&caseid=317875>

Docket Text:
ANSWER to Complaint. Document filed by Araz Alali. (Attachments: # (1) Affidavit of Service)(Zalantis, Katherine)


1:07-cv-11172 Notice has been electronically mailed to:

Peter Alexander Meisels     peter.meisels@wilsonelser.com

Katherine H. Zalantis     zalantis@szlawfirm.net

1:07-cv-11172 Notice has been delivered by other means to:

Brett H. Klein

1

| Filters Used:<br>1 Tagged   Record | Email Report<br>Form Format | Date Printed: 4/09/2008<br>Time Printed: 10:51AM<br>Printed By: KATHY |
|---|---|---|

Leventhal & Klein, L.L.P.
45 Main Street
Suite 820
Brooklyn, NY 11201


The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1008691343 [Date=1/23/2008] [FileNumber=4202440-0
] [06fc85ad62954b5e08c7d0bfec13b97ab964cfeebe73a852e85f1beb0548a86b3de
f4537c6268d73689cba4477fbe7abb9f6274b6c817ae75599143862afed7f]]
Document description:Affidavit of Service
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1008691343 [Date=1/23/2008] [FileNumber=4202440-1
] [799921412a79fd701a06548efbc7830d03d6ae15e7b90be6104bd74b8226731ced2
4fb7229ad2e53b1f8ef945e4ab3d71549acaaf169d613cc32d656634126d5]]

# LEVENTHAL & KLEIN, LLP

ATTORNEYS AT LAW
45 MAIN STREET, SUITE 230
BROOKLYN, NY 11201

T (718) 722-4100
F (718) 522-3225

JASON LEVENTHAL, JR.
BRETT H. KLEIN

ALISON E. GUGEL

60 BAY STREET, SUITE 701
STATEN ISLAND, NY 10301

February 27, 2008

**BY MAIL**

Peter A. Meisels, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP.
3 Gannett Drive
White Plains, NY 10604-3407

Katherine Zalantis, Esq.
Silverberg Zalantis, LLP.
3 Barker Avenue
White Plains, New York 10601

Re: <u>Edwin Veras v. City of New Rochelle, et al</u>.
07-CV-11172(CLB)(MDF)

Dear Counselors:

In connection with the above-referenced matter, Justice Charles L. Brieant has directed that counsel for all parties shall attend a conference on Friday, April 18, 2008, at the United States Courthouse, White Plains, New York, in courtroom 218, at 9:45 a.m.

Enclosed please find the Order For Court Conference.

Thank you for your anticipated cooperation.

Very truly yours,

*Brett H. Klein*
Brett H. Klein

Enc.

WWW.LEVKLEIN.COM

AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF WESTCHESTER      )

I, Teresa Maldonado, being sworn, say:

I am not a party to the action, am over the age of 18 years of age and reside in Westchester County, New York

On April 15, 2008, I served the **REPLY AFFIDAVIT PURSUANT TO LOCAL RULE 1.4 WITH EXHIBITS** via **overnight mail** by depositing a true copy thereof, enclosed in a wrapper addressed as shown below, into the custody of Federal Express for overnight delivery, prior to the latest time designated by that service for next day delivery, addressed:

TO:
Brett H. Klein, Esq.
LEVENTHAL & KLEIN, LLP
Attorneys for Plaintiff
45 Main Street, Suite 230
Brooklyn, New York 11201

Peter A. Meisels, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
Attorneys for Defendant City of New Rochelle
3 Gannett Drive
White Plains, New York 10601

Police Office Araz Alali
New Rochelle Police Department
475 North Avenue
New Rochelle, NY 10801
**In an envelope marked
"Personal & Confidential"**

Courtesy Copy To:
Jonathan Lovett, Esq.
Lovett & Gould. LLP
222 Bloomingdale Road
White Plains, New York 10605

_____
Teresa Maldonado

Sworn to before me this
15th day of April, 2008

_____
Notary Public
**Katherine Zalantis
Notary Public State of New York
No. 02ZA5067359
Qualified in Westchester County
Commission Expires 10/15/10**