# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDWIN VERAS,

                                   Plaintiff,

-against-

CITY OF NEW ROCHELLE, CITY OF NEW ROCHELLE
POLICE DEPARTMENT, ARAZ ALALI, and JOHN and
JANE DOE 1 through 10, individually and in their official
capacities, (the names John and Jane Doe being fictitious,
as the true names are presently unknown),

                                   Defendants,
-----------------------------------------------------------------X

**STIPULATION AND ORDER
OF DISCONTINUANCE
WITH PREJUDICE**

07 CV 11172 (CLB)(MDF)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for respective parties herein, that the above-captioned action be discontinued and dismissed in its entirety, with prejudice, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure and without costs or attorneys' fees to any party. THE COURT R[etains] JURISDICTION SOLELY TO ENFORCE THE TERMS OF THE SETTLEMENT.

Dated: Brooklyn, New York
        May   , 2008

_____
Brett H. Klein, Esq. (BK4744)
LEVENTHAL & KLEIN, LLP
Attorneys for Plaintiff
EDWIN VERAS
45 Main Street, Suite 230
Brooklyn, New York 11201
(718) 722-4100

_____
Jonathan Lovett, Esq. (4854)
LOVETT & GOULD, LLP
Attorneys for Defendant
ARAZ ALALI
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

_____
Peter A. Meisels, Esq. (PM-5018)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
Attorneys for Defendant
CITY OF NEW ROCHELLE
3 Gannett Drive
White Plains, New York 10601
(914) 323-7000

**SO ORDERED:**

_____
Hon. Charles L. Brieant, USDJ

MARK D. FOX
United States Magistrate Judge
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: